IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

JAMES AARON LOWE

16-3385-CV-S-MDH-P

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-
CITY OF BRANSON MISSOURI
FORMER CHEIF OF POLICE CRUTCHER (BRANSON)
BPD OFFICER TRAVIS ROSS

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

✱ SEE ATTACHED ON BACK

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☒ Yes ☐ No

2

BPD SGT KINGSBERRY
BPD OFFICER CALIB TIEG
BPD OFFICER FRANK HIAHARA
FORMER MAYOR OF BRANSON REANN PRESLEY
CITY OF HOLLISTER MISSOURI
OFFICER JASON FLOWERS (HOLLISTER MISSOURI)
B.P.D. SGT GREEN
HOLLISTER POLICE CHEIF
B.P.D. OFFICER GAMBLE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JAMES AARON LOWE

All other names by which you have been known: ___

ID Number: 03545
Current Institution: TANEY COUNTY JAIL
Address: P.O. BOX 1005
FORSYTH MO

### B. The Defendant(s)

- Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.

- Make sure that the defendant(s) listed below are identical to those contained in the above caption.

- For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.

- Attach additional pages if needed.

Defendant No. 1

Name: MR CRUTCHER
Job or Title (if known): BRANSON POLICE CHIEF
Shield Number: ___
Employer: CITY OF BRANSON
Address: 110 W. MADDUX ST
BRANSON MO 65616

☐ Individual capacity  ☒ Official capacity

3

Defendant No. 2

Name: TRAVIS ROSS

Job or Title (if known): POLICE OFFICER

Shield Number:

Employer: CITY OF BRANSON

Address: 110 W. MADDUX ST
BRANSON MO 65616

☐ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.

What federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

ASSULT, HARASSMENT, DEPRIVATION OF LIBERTY, RIGHT TO FAIR TRIAL

4

Defendant No. 3

City of Branson Missouri
110 W. Maddux ST
Branson Mo ~~6566~~ 65616

Defendant No. 4

Branson Police Department
And Unknow Officers
110 W. Maddux ST
Branson Mo 65616

Defendant No. 5

SGT KINGSBERRY Branson Police Department
Unknown Badge #

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?
- What injuries did you suffer?
- Who was involved in what happened to you?
- How were the defendants involved in what happened to you?
- Where did the events you have described take place?
- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1) On or about 10/2014 to officer Travis Ross of the Branson Police Department maliciously assulted Me by tazing Me. This officer on Multipal occasions has threatened and harrassed Me. Video evidence of this tazing incident was tampered with by the audio portion of the Video being deleted resulting in additional harm being brought upon Me by not being able to defend against Charges brought against Me. It is My

5

assertion that officer Travis Ross as well as SGT Kingsberry and others conspired to tamper with evidence in order to cover up ~~an~~ wrong doing by the Branson Police Department as well as manufacture evidence to support criminal charges brought against me.

2) On or about 5/2016 SGT Kingsberry and an unknown officer of the Branson Police Department knowingly omitted critical evidence from a witness statement in a Probable Cause report to the Taney County Prosecutors office in order to have charges brought against me. Charges were brought ~~~~ I was arrested and charged with a felony that was later dismissed at the Preliminary Hearing after the omitted evidence was heard by Judge Waters of the state of Missouri.

3) On or about 3/2014 officer Calib tice of the Branson Police Department brought fictitious charges against me in order to harrass and threaten me. At the end of the interogation he ~~too~~ asked me if I was "ready to drop my civil lawsuit against ~~~~ ~~~~ ~~~~ ~~~~ ?"

4) On or about 2014 the Branson Police chief instructed his department to "Mess with Me as Much as they Possibly Can Resulting in unlawful arrests, harrassment, deprivation of Liberty, Physical harm and Mental Problems.

5) Sometime in 2014 officer

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Physical Injuries Contusions, Pain, Ask for Medical Treatment and was denied. Loss of Liberty, Loss of Personal Possessions due to unlawful incarceration. Harrassment and defamation of Caracter, defamation

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Approximately $5,000.00 in personal possessions Lost and 1 Million Dollars in Punitive damages

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No
☐ Do not know

If yes, which claim(s)?

_____
_____
_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance? *(Attach a copy of your grievance, if available)*

3. What was the result, if any? *(Attach a copy of any written response to your grievance, if available)*

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

8

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

_____
_____
_____
_____

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____
_____
_____
_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____
_____
_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?


☐ Yes
☒ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes
    ☐ No

    If no, give the approximate date of disposition. _____

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes
   ☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes
      ☐ No *(If no, give the approximate date of disposition)*:

      _____

11

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/27, 2016.

Signature of Plaintiff: *J. Aaron Lowe*
Printed Name of Plaintiff: JAMES AARON LOWE
Prison Identification #: 03545
Prison Address: P.O. Box 190
City State Zip Code: Forsyth MO 65653

12

JAMES A LOWE # 035545  
TANEY COUNTY JAIL  
P.O. Box 1005  
FORSYTH MO  
65853

Clerks Office  
United States District Court  
Western District of Missouri  
1400 U.S. Courthouse  
222 John Q Hammons PKWY  
SPRINGFIELD MO  
65806

SCS CORRESPONDENCE FROM A CORRECTIONAL FACILITY

REC'D SEP 19 2016